PS 42
(8/96 D/CO)

# United States District Court

## District of Colorado

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| vs ) | |
| ) | |
| **Chandra Donley** ) | Case No. 06-cr-00135-WYD-01 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Chandra Donley, have discussed with Emily Valentin, Probation Officer, modification of my release as follows:

The defendant is to submit to any method of testing required by the pretrial services officer or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

The defendant is to participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.

The defendant is to provide a residence address that can be verified and is approved by the pretrial services office or supervising officer. The defendant may not change the approved residence without prior approval of the pretrial services office or supervising officer.

I consent to these modifications of my release conditions and agree to abide by this modification.

_Chandra Donley_      5/2/06      _Amy Snackfor EV_      5/2/06
Signature of Defendant      Date      Probation Officer      Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_      2 May 06
Signature of Defense Counsel      Date

_[signature]_      5-2-06
Signature of Assistant U.S. Attorney      Date

[X]   The above modification of conditions of release is ordered, to be effective on
      2 May 2006.

[ ]   The above modification of conditions of release is <u>not</u> ordered.

_____          2 May 06
Signature of Judicial Officer            Date