**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 06-cr-00135-WYD-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CHANDRA DONLEY,

        Defendant.

---

ORDER MODIFYING CONDITIONS OF BOND

---

      IT IS ORDERED that the defendant, Chandra Donley, shall reside with Christa Johnson until bed space at Independence House become available.  When bed space becomes available, the defendant shall reside at Independence House, 2765 South Federal Boulevard, Denver, Colorado, obey all rules and regulations of that facility, and pay 25 percent of her gross income toward subsistence.  All other conditions previously ordered shall remain in full force and effect.

      DATED at Denver, Colorado, this 29th day of June, 2006.

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel

_____       WILEY Y. DANIEL
                                              United States District Judge