IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 06-cr-00135-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CHANDRA DONLEY,

    Defendant.

---

**ORDER REVOKING DEFENDANT'S PRETRIAL RELEASE**

---

THIS MATTER comes before the Court on the Government's Motion to Revoke Defendant's Order of Release pursuant to Title 18, U.S.C. § 3148(b).

HAVING REVIEWED the Motion, and being otherwise advised in the premises, the Court accepts and adopts the parties' stipulation presented in open Court and finds that there is probable cause to believe that the Defendant has committed a State crime while on release, and that the Defendant is unlikely to abide by any condition or combination of conditions of release. Accordingly, the Court finds that good and sufficient cause supports the Government's Motion and it is therefore:

ORDERED that pursuant to 18 U.S.C. §§ 3148(b) and 3142, the Defendant's Order of Release is Revoked and the Defendant is ORDERED detained.

ORDERED further that the Defendant's request for a two day furlough is DENIED.

1

FURTHER ORDERED that the U.S. Marshal's Service make arrangements such that the Defendant be allowed to place telephone calls to determine the status of her minor child; specifically, that the Defendant be allowed telephone calls to her parents and the current guardian of her juvenile son.

DATED this 14TH day of September, 2006.

BY THE COURT:

MICHAEL J. WATANABE
UNITED STATES MAGISTRATE JUDGE