IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Criminal Action No. 06-cr-00135-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CHANDRA DONLEY,

    Defendant.

---

## ORDER TO DISMISS

---

    Upon consideration of the Government's Motion to Dismiss, and for good cause shown, it is hereby

    ORDERED that other than Count 1 as to which the Defendant has pled guilty and been sentenced, all remaining counts in the Indictment be dismissed as to the Defendant.

    DATED this <u>4th</u> day of October, 2006.

                                            <u>s/ Wiley Y. Daniel</u>
                                            WILEY Y. DANIEL,
                                            United States District Judge